**LAUREL EMPLOYMENT LAW**
Joshua I. White (State Bar No. 278166)
josh@laurelemploymentlaw.com
Lilit Gasparyan (State Bar No. 337636)
lilit@laurelemploymentlaw.com
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 929 - 6371

Attorneys for Plaintiff,
VICKI VALERY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI VALERY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOHO WORKS 9000 SUNSET LLC, a Limited Liability Company; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: **2:25-cv-00387-AB-AJR**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE HEARINGS** |

- 1 -
NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE HEARINGS

Plaintiff Vicki Valery has entered into a settlement agreement with Defendant SOHO Works 9000 Sunset LLC, et al. This matter has settled in all respects, including Plaintiff's claims including reasonable statutory attorney's fees, litigation expenses and costs. The parties have prepared a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice, but which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement. In the meantime, the parties request that the Court vacate any hearings set for the matter.

DATED:    March 14, 2025

LAUREL EMPLOYMENT LAW

_____*Joshua White*_____
Joshua I. White, Esq.
Attorneys for Plaintiff, Vicki Valery

IT IS SO ORDERED.

Date:_____

_____
United States District Judge

- 2 -
NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE HEARINGS